BLANK ROME LLP
Keith A. Rutherford (TX Bar No. 17452000; Admitted to the NDCA)
J. David Cabello (TX Bar No. 03574500; Admitted to the NDCA)
James H. Hall (TX Bar No. 24041040; Admitted Pro Hac Vice)
Stephen E. Edwards (TX Bar No. 00784008; Admitted to the NDCA)
Domingo M. LLagostera (TX Bar No. 24070157; Admitted Pro Hac Vice)
Sarah R. Cabello (TX Bar No. 24052877; Admitted Pro Hac Vice)
717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone:     713.228.6601
Facsimile:     713.228.6605
krutherford@blankrome.com
dcabello@blankrome.com
jhall@blankrome.com
sedwards@blankrome.com
dllagostera@blankrome.com
scabello@blankrome.com

BLANK ROME LLP
Naki Margolis (CA Bar No. 94120, Admitted to the NDCA)
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone:  415.986.2144
Facsimile:  415.659.1950
nmargolis@blankrome.com

Attorneys for Defendants
Corel Corporation and Corel Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>COREL CORPORATION AND COREL INC.,<br><br>Defendants. | Case No. 5:15-cv-05836-EJD<br><br>**DEFENDANTS COREL CORPORATION AND COREL INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENSE OF EXPRESS LICENSE**<br><br>Hearing Date:  Oct. 6, 2016<br>Time:            9:00 a.m.<br>Ctrm:            4, 5th Floor |

## NOTICE OF MOTION AND MOTION

TO PLAINTIFF MICROSOFT CORPORATION:

PLEASE TAKE NOTICE THAT ON October 6, 2016 at 9:00 A.M., or as soon thereafter as the matter may be heard, in Courtroom 4, 5th Floor of the above-entitled Court located at 280 South 1st Street, San Jose, California, Defendants Corel Corporation and Corel Inc. (collectively "Corel") will, and hereby do, move this Court for an order, pursuant to Fed. R. Civ. 56, granting partial summary judgment to Corel on its defense of Express License to Microsoft's claim of infringement of U.S. Patent No. 5,510,980 ("the '980 patent"). Corel's Motion for Partial Summary Judgment ("Motion") is based upon this Notice of Motion, the supporting Memorandum and attached exhibits, the pleadings and records on file in this action, and such additional argument and evidence, both written and oral, as may be presented in connection with the hearing of this matter.

Corel requests the Court enter judgment as a matter of law for Corel on its defense of Express License against Plaintiff Microsoft Corporation on its Fifth Claim for Relief, Infringement of the '980 patent.

# TABLE OF CONTENTS

I.      Statement of Issues to be Decided ................................................................. 1

II.     Summary of Argument............................................................................................ 1

III.    Applicable Legal Standards .................................................................................. 2

   A.   Legal Standard for Summary Judgment............................................................ 2

   B.   Legal Standard for Defense of Express License ............................................... 2

IV.    Statement of relevant facts ................................................................................... 3

V.     Argument and Authorities..................................................................................... 4

████████████████████████████████████████████████

█ ████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████████████████████████

█ ██████████████████████████████████████████

██████████████████████████████... █

VI.    Conclusion ............................................................................................................ 9

## MEMORANDUM OF POINTS OF AUTHORITIES

### I.  STATEMENT OF ISSUES TO BE DECIDED

Whether the Court should enter judgment against Microsoft on its Fifth Claim for Relief, alleging infringement of the expired '980 patent, because ████████████████████████ bars Microsoft from recovering for infringement as a matter of law.

### II. SUMMARY OF ARGUMENT

Corel moves for partial summary judgment under its affirmative defense of express license to the '980 patent. Microsoft's Fifth Claim for Relief asserts that Corel has infringed U.S. Patent No. 5,510,980 ("the '980 patent"). Doc. 1 ¶¶ 92-99. ████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

   ████████████████████████████████████████████

████████████████████████████████████████████████

Case No. 5:15-cv-05836-EJD        DEFS.' MOT. P. SUMM. J. DEF. EXPRESS LICENSE
1

## III.  APPLICABLE LEGAL STANDARDS

### A.  Legal Standard for Summary Judgment

Summary judgment should be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). The moving party bears the burden of demonstrating the absence of a genuine issue of material fact. *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 585 n.10 (1986). A genuine issue of material fact exists only where "the evidence is such that a reasonable jury could return a verdict in favor of the nonmoving party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986)

### B.  Legal Standard for Defense of Express License

Title 35 of the United States Code states in pertinent part that: "whoever **without authority** makes, uses, offer to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent, therefore, infringes the patent." 35 U.S.C. § 271(a) (emphasis added). A license can provide that authority, and is therefore a complete defense to a claim of patent infringement. *Schering Corp. v. Roussel-UCLAF SA*, 104 F.3d 341, 343-44 (Fed. Cir. 1997); *McCoy v. Mitsubishi Cutlery, Inc.*, 67 F.3d 917, 920 (Fed. Cir. 1995) ("A licensee, of course, has an affirmative defense to a claim of patent

1  infringement"). The scope of the license is governed by contract law. *McCoy*, 67 F.3d at 920

2  (quoting *Makkinckrodt, Inc. v. Medipart, Inc.*, 976 F.2d 700, 703 (Fed. Cir. 1992).

3       As explained by the Federal Circuit, "a patent license agreement is in essence nothing

4  more than a promise by the licensor not to sue the licensee." *TransCore, LP v. Elec. Transaction*

5  *Consultants Corp.*, 563 F.3d 1271, 1275-76 (Fed. Cir. 2009) (quoting *Spindelfabrik Suessen-*

6  *Schurr, Stahlecker & Grill GmbH v. Schubert & Salzer Maschinenfabrik Aktiengesellschaft*, 829

7  F.2d 1075, 1081 (Fed. Cir. 1987)). Thus, "[u]nder federal law there is no substantive difference

8  between an unconditional covenant not to sue and a nonexclusive license." *Innovus Prime, LLC v.*

9  *Panasonic Corp.*, No. C-12-00660-RMW, 2013 U.S. Dist. LEXIS 93820, at *13 (N.D. Cal. July

10  2, 2013) (quoting *TransCore* for proposition that the difference between a "covenant not to sue"

11  and a "license" is "only one of form, not substance—both are properly viewed as

12  'authorizations.'").

13  

14  **IV.  STATEMENT OF RELEVANT FACTS**

15       Microsoft's original complaint includes as its Fifth Claim for Relief the allegation that

16  Corel has infringed the '980 patent. Doc. 1 ¶¶ 92-99. ████████████████

17  ████████████████████████████████████████

18  ████████████████████████████████████████████

19  ████████████████████████████████████████████

20  ████████████████████████████████████████████

21  ████████████████████████████████

22  

23       In July 2015 a company called Corel Software, LLC brought a patent infringement suit

24  against Microsoft in federal court in Utah. ████████████████████

25  ████████████████████████████████████

26  ████████████████████████████████

27  ████████████████████████████████████████████

28  

Case No. 5:15-cv-05836-EJD     DEFS.' MOT. P. SUMM. J. DEF. EXPRESS LICENSE
3

1

2

3

4

5

6

7

8  **V.  ARGUMENT AND AUTHORITIES**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15          On July 27, 2015, an entity called Corel Software, LLC sued Microsoft Corporation for

16   patent infringement in the District of Utah. *See* Ex. C (Complaint filed in *Corel Software, LLC v*

17   *Microsoft Corp.*, Case 2:15-cv-00528-JNP-PMW (D. Utah) (the "Utah case")).

18

19

20

21

22

23

24

25

26

27

28



Under New York law, "[w]here the intention of the parties may be gathered from the four corners of the instrument, interpretation of the contract is a question of law . . . no trial is necessary to determine the legal effect of the contract." *Gen. Phx. Corp. v. Cabot*, 89 N.E.2d 238, 241 (N.Y. 1949).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17    While Corel Software, LLC has a similar name to Corel, and both are owned by the same

18  private equity firm (Vector Capital), this is the extent of the relationship between the companies.

19  Ex. E ¶ 5 (Nichols Decl.). Corel Software, LLC is not in any way owned or controlled, in whole

20  or in part, by Corel or any subsidiaries. *Id.* Corel has no legal or contractual rights to cause Corel

21  Software, LLC to enter into or be bound by any agreement,

22

23                                                        None of Corel's officers or managers have any

24  such rights. *Id.*

25

26

27

28

1   **VI.  CONCLUSION**

2   ████████████████████████████████████████████████

3   ████████████████████████████████████████████████████

4   ████████████████████████████████████████████████████

5   ████████████████████████████████████████████████████

6   ████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████

9   ████████████████████████████████████████████████████

10  ████████████████████████████████████████████████████

11  ████████████████████████████  Accordingly, Corel respectfully requests the Court enter

12  judgment for Corel on Microsoft's Fifth Claim for Relief as a matter of law.

14      DATED:  May 23, 2016                    BLANK ROME LLP

17                              By:   */s/ Keith A. Rutherford*
                                      Keith A. Rutherford

18                                    Attorneys for Defendants
19                                    Corel Corporation and Corel Inc.

Case Name:  Microsoft Corporation v. Corel Corporation and Corel Inc.

Case Number:  5:15-cv-05836

**PROOF OF SERVICE**

I, Sherri Brunner, am employed in the County of Harris, State of Texas.  I am over the age of 18 years and not a party of the within action.  My business address is 717 Texas Avenue, Suite 1400 Houston, Texas 77002.

On May 23, 2016, I served the foregoing DEFENDANTS COREL CORPORATION AND COREL INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENSE OF EXPRESS LICENSE on the following interested parties in this action (Attorneys for Plaintiff Microsoft Corporation):

| | |
|---|---|
| Frank Scherkenbach (CA SBN 142549) scherkenbach@fr.com FISH & RICHARDSON P.C. One Marina Park Drive Boston, MA 02210-1878 Telephone: (617) 542-5070 Facsimile:  (617) 542-8906 | John W. Thornburgh (CA SBN 154627) thornburgh@fr.com Olga I. May (CA SBN 232012) omay@fr.com FISH & RICHARDSON P.C. 12390 El Camino Real San Diego, CA 92130 Telephone: (858) 678-5070 Facsimile: (858) 678-5099 |
| Jonathan J. Lamberson (SBN 239107) lamberson@fr.com FISH & RICHARDSON P.C. 500 Arguello Street, Suite 500 Redwood City, CA 94063 Telephone: (650) 839-5070 Facsimile: (650) 839-5071 | |
| E-Mail Address for Service on All Counsel: | MS/CorelNDCAFRService@fr.com |

**VIA MAIL**

[ ]     By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing each envelope(s), with postage thereon fully prepaid, in the mail at Houston Texas.

**VIA E-MAIL OR ELECTRONIC TRANSMISSION**

1

[ X ]   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other inclination that the transmission was unsuccessful.

**PROOF OF SERVICE VIA HAND DELIVERY**
[ ]   (By Personal Service) I caused such envelope to be hand delivered to the offices of the addressee.

[ ]   (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member *pro hac vice* of the bar of this Court at whose direction the service was made.

**Executed on May 23, 2016**

/s/ Sherri Brunner
Sherri Brunner

2