UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>COREL CORPORATION, et al.,<br><br>          Defendants. | Case No.  5:15-cv-05836-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference scheduled for August 11, 2016, is CONTINUED to **9:00 a.m. on September 1, 2016**, to coincide with the motion currently scheduled for hearing on that date and time.

**IT IS SO ORDERED.**

Dated:  August 8, 2016

_____
EDWARD J. DAVILA
United States District Judge