UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COREL CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-05836-EJD<br><br>**ORDER TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT** |

On June 12, 2017, Defendants filed a motion for leave to file motion for summary judgment. Dkt. No. 173. Plaintiff shall file a response by June 19, 2017, consisting of no more than ten pages of text. Defendants may not file a reply.

**IT IS SO ORDERED.**

Dated: June 13, 2017

EDWARD J. DAVILA
United States District Judge