| | |
|---|---|
| Frank Scherkenbach (CA SBN 142549)<br>scherkenbach@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02210-1878<br>Telephone:  (617) 542-5070<br>Facsimile:   (617) 542-8906<br><br>Jonathan J. Lamberson (CA SBN 239107)<br>lamberson@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>John W. Thornburgh (CA SBN 154627)<br>thornburgh@fr.com<br>Olga I. May (CA SBN 232012)<br>omay@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone:  (858) 678-5070<br>Facsimile:   (858) 678-5099<br><br>Attorneys for Plaintiff<br>MICROSOFT CORPORATION | J. David Cabello<br>dcabello@blankrome.com<br>Keith A. Rutherford<br>krutherford@blankrome.com<br>James H. Hall<br>jhall@blankrome.com<br>Domingo M. Llagostera<br>dllagostera@blankrome.com<br>BLANK ROME LLP<br>717 Texas Avenue, Suite 1400<br>Houston, TX 77002-2727<br>Tel:  (713) 228-660 / Fax:   (713) 228-6605<br><br>Naki Margolis (CA SBN 94120)<br>nmargolis@blankrome.com<br>BLANK ROME LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067<br>Tel:  (510) 328-1815 / Fax:   (415) 538-5635<br><br>Megan R. Wood<br>mwood@blankrome.com<br>BLANK ROME LLP<br>1825 Eye Street, NW<br>Washington, DC 20006<br>Tel:  (202) 420-2753 / Fax:   (202) 420-2200<br><br>Attorneys for Defendants<br>COREL CORPORATION and COREL INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>COREL CORPORATION AND COREL INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:15-cv-05836-EJD (SVK)<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER TO CONTINUE TO JULY 5, 2017 DEADLINES FOR:**<br><br>**(I)   REPLY IN SUPPORT OF MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT;**<br><br>**(II)  REPLY IN SUPPORT OF COREL'S MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFF'S DAMAGES EXPERT AMBREEN SALTERS** |

JOINT STIPULATION AND [PROPOSED] ORDER
Case No. 5:15-cv-05836-EJD (SVK)

1   Pursuant to Local Rule 6-2, and for the reasons set forth in the accompanying Declaration
2   of Olga I. May ("Declaration"), the Parties hereby jointly stipulate, and respectfully request that
3   this Court continue the deadlines below from July 3, 2017 to **July 5, 2017**:
4   (1) the deadline for Microsoft to reply in support of its Motion for Partial Summary Judgment;
5   and
6   (2) the deadline for Corel to reply in support of its Motion to Exclude Certain Opinions of
7   Plaintiff's Damages Expert Ambreen Salters.
8   *See* Declaration at ¶ 6.
9   The current deadline for both reply briefs is July 3, 2017.  *Id.* ¶ 3.  The offices of counsel
10  for Corel and Microsoft will be closed in observance of the July 4 holiday on July 3 and 4, 2017.
11  *Id.* ¶ 4. Subject to the Court's approval, the Parties have therefore agreed to continue the deadlines
12  for these reply briefs to July 5, 2017.  *Id.* ¶ 5.
13  To date, the Parties combined have filed six requests for extensions of time.  *Id.* ¶¶ 7-13.
14  The hearing for Microsoft's Motion for Partial Summary Judgment and Corel's Motion to Exclude
15  Certain Opinions of Plaintiff's Damages Expert Ambreen Salters is set for July 27, 2017.
16  Continuing the deadlines for the reply briefs to July 5, 2017 will not have a significant impact on
17  the Court's Schedule.  *Id.* ¶ 14.
18  IT IS SO STIPULATED.

19  Dated:  June 29, 2017                FISH & RICHARDSON P.C.

20                                       By:  */s/ Olga I. May*
21                                            Olga I. May

22                                       Olga I. May (CA SBN 232012)
                                         omay@fr.com
23                                       FISH & RICHARDSON P.C.
                                         12390 El Camino Real
24                                       San Diego, CA 92130
                                         Telephone: (858) 678-5070
25                                       Facsimile:  (858) 678-5099

26                                       Attorneys for Plaintiff
27                                       MICROSOFT CORPORATION

28

                    1    JOINT STIPULATION AND [PROPOSED] ORDER
                         Case No. 5:15-cv-05836-EJD (SVK)

| | | |
|---|---|---|
| 1 | Dated:  June 29, 2017 | BLANK ROME LLP |
| 2 | | By:  /s/ Domingo M. Llagostera |
| | | Domingo M. Llagostera |

Domingo M. Llagostera
dllagostera@blankrome.com
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, TX 77002-2727
Telephone:  (713) 228-6601
Facsimile:   (713) 228-6605

Megan R. Wood
mwood@blankrome.com
BLANK ROME LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 420-2753
Facsimile:   (202) 420-2200

Attorneys for Defendants
COREL CORPORATION and COREL INC.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 30, 2017

_____
HON. EDWARD J. DAVILA
United States District Court

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories above.

*/s/ Olga I. May*
Olga I. May