**BLANK ROME LLP**
Keith A. Rutherford (TX Bar No. 17452000; Admitted to NDCA)
krutherford@blankrome.com
J. David Cabello (TX Bar No. 03574500; Admitted to NDCA)
dcabello@blankrome.com
Domingo M. LLagostera (TX Bar No. 24070157; Admitted *Pro Hac Vice*)
dllagostera@blankrome.com
717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone:     713.228.6601
Facsimile:     713.228.6605

Megan R. Wood (DC Bar No. 1024203; Admitted *Pro Hac Vice*)
mwood@blankrome.com
1825 Eye Street, NW
Washington, DC 20006
Tel:  (202) 420-2753

Naki Margolis
(CA Bar No. 94120)
nmargolis@blankrome.com
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone:  415.986.2144
Facsimile:  415.659.1950

Attorneys for Defendants
COREL CORPORATION and COREL INC.

Frank Scherkenbach (CA SBN 142549)
scherkenbach@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Jonathan J. Lamberson (CA SBN 239107)
lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

John W. Thornburgh (CA SBN 154627)
thornburgh@fr.com
Olga I. May (CA SBN 232012)
omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Plaintiff
MICROSOFT CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br>            Plaintiff and Counterclaim<br>            Defendant,<br><br>vs.<br><br>COREL CORPORATION<br>            Defendant<br>and<br><br>COREL INC.<br>            Defendant and Counterclaim<br>            Plaintiff. | Case No. 5:15-cv-05836-EJD<br><br>**JOINT ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR USE DURING THE OCTOBER 18, 2017 HEARING**<br><br>_____<br>Hearing Date:   October 18, 2017<br>Time:           9:00 a.m.<br>Ctrm:           4, 5th Floor<br>Judge:          Hon. Edward J. Davila |

Plaintiffs Microsoft Corporation and Defendants Corel Corporation and Corel, Inc. (collectively "the parties") request from the court leave to bring electronic equipment to the hearing set for October 18, 2017 in Courtroom 4 in the United States District Courthouse, 280 South 1st Street, San Jose, California and to have access to the Court's WiFi connection at that time, and in support state:

1. The parties seek to bring laptop computers (including ancillary power supplies, cables, and connectors needed to operate the authorized equipment) and cell phones.

2. Use of the Court's wireless internet connection will facilitate such equipment use while in the courtroom and counsel are familiar with and will abide by the Court's terms of use regarding its wireless internet connection.

3. The parties seek authority for Keith A. Rutherford, Domingo M. LLagostera, Ronald S. Epstein, Jonathan Lamberson, and Olga May to bring the requested equipment into the Courthouse.

## MEMORANDUM

For the convenience of the Court and the parties, the parties should be granted leave to bring computer equipment and electronic devices into the Courtroom in the United States District Courthouse, San Jose, California, for the October 18, 2017 hearings and to access the Court's wireless internet connection.

**WHEREFORE,** the parties request that the Court permit such computer equipment and electronics to be brought into the courthouse by the identified individuals for the hearings set on Wednesday, October 18, 2017 and permit the parties to access the Court's wireless internet.

DATED: October 16, 2017          BLANK ROME LLP


                                 By: */s/ Keith A. Rutherford*
                                 Keith A. Rutherford

                                 Attorney for Defendants
                                 COREL CORPORATION and COREL INC.

Dated: October 16, 2017                     FISH & RICHARDSON P.C.

                                            By: */s/Olga I. May*
                                                Olga I. May

                                                Olga I. May (CA SBN 232012)
                                                omay@fr.com
                                                FISH & RICHARDSON P.C.
                                                12390 El Camino Real
                                                San Diego, CA 92130
                                                Telephone: (858) 678-5070
                                                Facsimile:  (858) 678-5099

                                            Attorneys for Plaintiff
                                            MICROSOFT CORPORATION

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories above.


                                            */s/ Domingo LLagostera*
                                            Domingo LLagostera

### ORDER

This Court considered the parties' Motion for Leave to Bring Electronic Equipment Into the Courtroom for Use During the October 18, 2017 Hearings and it is hereby

**ORDERED** that  the parties' Motion for Leave to Bring Electronic Equipment into the Courtroom for Use During the October 18, 2017 Hearing is **GRANTED.**

The United States Marshal's Service is hereby directed to permit parties' counsel, Keith A. Rutherford, Domingo M. Llagostera, Ronald S. Epstein, Jonathan Lamberson, and Olga May to bring into Courtroom 4 in the San Jose Courthouse five laptop computers, (including ancillary power supplies, cables, and connectors needed to operate the authorized equipment) and five cell phones.

DATED: _October 17_____, 2017.


                                            _____
                                                    Edward J. Davila
                                            UNITED STATES DISTRICT JUDGE