**BLANK ROME LLP**
Keith A. Rutherford
(TX Bar No. 17452000; Admitted to NDCA)
krutherford@blankrome.com
J. David Cabello (TX Bar No. 03574500;
Admitted to NDCA)
dcabello@blankrome.com
Domingo M. LLagostera
(TX Bar No. 24070157; Admitted *Pro Hac Vice*)
dllagostera@blankrome.com
James Hall (TX Bar No. 24041040;
Admitted *Pro Hac Vice*)
jhall@blankrome.com
717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone:  713.228.6601
Facsimile:   713.228.6605

Megan R. Wood
(DC Bar No. 1024203; Admitted *Pro Hac Vice*)
mwood@blankrome.com
1825 Eye Street, NW
Washington DC, 20006
Telephone: 202.420.2753
Facsimile:  202.420.2200

**BLANK ROME LLP**
Naki Margolis
(CA Bar No. 94120)
nmargolis@blankrome.com
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone:  415.986.2144
Facsimile:   415.659.1950

Attorneys for Defendants
COREL CORPORATION and COREL INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION,<br>          Plaintiff and Counterclaim Defendant,<br>vs.<br>COREL CORPORATION,<br>          Defendant<br>  and<br>COREL CORPORATION<br>          Defendant and Counterclaim Plaintiff. | Case No. 5:15-cv-05836-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS COREL CORP. AND COREL, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Ctrm:     4, 5th Floor<br>Judge:    Hon. Edward J. Davila |

Having considered Defendants Corel Corporation and Corel Inc.'s Administrative Motion to File Documents Under Seal ("Admin Motion"), the relevant evidence, and all arguments of the parties, the Court finds the Admin Motion should be **GRANTED**; and it is, therefore,

**ADJUDGED, ORDERED, and DECREED THAT:**

Corel's Motion to Exclude Certain Opinions of Microsoft's Damages Expert Ambreen Salters, and Exhibits A and B thereto, may be filed under seal.

**IT IS SO ORDERED.**

Dated: December 11, 2017

EDWARD J. DAVILA
United States District Judge

2

**[PROPOSED] ORDER GRANTING DEFENDANTS COREL INC. AND COREL CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – CA #5:15-CV-05836-EJD**