1  Frank Scherkenbach (CA SBN 142549)
   scherkenbach@fr.com
2  FISH & RICHARDSON P.C.
3  One Marina Park Drive
   Boston, MA 02210-1878
4  Telephone: (617) 542-5070
   Facsimile:  (617) 542-8906
5

6  Jonathan J. Lamberson (CA SBN 239107)
   lamberson@fr.com
7  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
8  Redwood City, CA 94063
   Telephone: (650) 839-5070
9  Facsimile:  (650) 839-5071

10 John W. Thornburgh (CA SBN 154627)
   thornburgh@fr.com
11 Olga I. May (CA SBN 232012)
12 omay@fr.com
   FISH & RICHARDSON P.C.
13 12390 El Camino Real
   San Diego, CA 92130
14 Telephone: (858) 678-5070
   Facsimile:  (858) 678-5099
15

16 Attorneys for Plaintiff
   MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COREL CORPORATION AND COREL INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:15-cv-05836-EJD (SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS 6-8 TO THE DECLARATION OF OLGA MAY IN SUPPORT OF MICROSOFT'S OPPOSITION TO COREL'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND PORTIONS OF MICROSOFT'S OPPOSITION**<br><br>Judge:      Hon. Edward J. Davila<br>Courtroom: 4 – 5th Floor |

Having considered Microsoft Corporation's Administrative Motion to Seal, this Court **GRANTS** the motion.

**IT IS HEREBY ORDERED THAT** the following be filed under seal:

- Exhibits 6-8 to the Declaration of Olga May in Support of Microsoft's Opposition to Corel's Motion for Leave to File Motion for Summary Judgment;
- Portions of Microsoft's Opposition to Corel's Motion for Leave to File Motion for Summary Judgment, as redacted by Microsoft.

**IT IS SO ORDERED.**

Dated: December 11, 2017

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE