Frank Scherkenbach (CA SBN 142549)
scherkenbach@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jonathan J. Lamberson (CA SBN 239107)
lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

John W. Thornburgh (CA SBN 154627)
thornburgh@fr.com
Olga I. May (CA SBN 232012)
omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COREL CORPORATION AND COREL INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:15-cv-05836-EJD (SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS 1-3 AND PORTIONS OF MICROSOFT'S OPPOSITION TO COREL'S MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFF'S DAMAGES EXPERT AMBREEN SALTERS**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4 – 5th Floor |

Having considered Microsoft Corporation's Administrative Motion to Seal, this Court **GRANTS** the motion.

**IT IS HEREBY ORDERED THAT** the following be filed under seal:

- Exhibits 1-3 to the Declaration of Olga May in Support of Microsoft's Opposition to Corel's Motion to Exclude Certain Opinions of Plaintiff's Damages Expert Ambreen Salters;
- Portions of Microsoft's Opposition to Corel's Motion to Exclude Certain Opinions of Plaintiff's Damages Expert Ambreen Salters, as redacted by Microsoft.

**IT IS SO ORDERED.**

Dated: December 11, 2017

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE