**BLANK ROME LLP**
Keith A. Rutherford (TX Bar No. 17452000; Admitted to NDCA)
krutherford@blankrome.com
J. David Cabello (TX Bar No. 03574500; Admitted to NDCA)
dcabello@blankrome.com
Domingo M. LLagostera (TX Bar No. 24070157; Admitted *Pro Hac Vice*)
dllagostera@blankrome.com
James Hall (TX Bar No. 24041040; Admitted *Pro Hac Vice*)
jhall@blankrome.com
717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone:    713.228.6601
Facsimile:    713.228.6605

Megan R. Wood (DC Bar No. 1024203; Admitted *Pro Hac Vice*)
1825 Eye Street, NW
Washington DC, 20006
Telephone: 202.420.2753
Facsimile: 202.420.2200
mwood@blankrome.com

Naki Margolis
(CA Bar No. 94120)
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone: 415.986.2144
Facsimile:  415.659.1950
nmargolis@blankrome.com

Attorneys for Defendants
COREL CORPORATION and COREL INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION,<br>    Plaintiff and Counterclaim Defendant,<br>vs.<br>COREL CORPORATION<br>    Defendant<br>and<br>COREL INC.<br>    Defendant and Counterclaim Plaintiff. | Case No. 5:15-cv-05836-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS COREL CORPORATION AND COREL INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Ctrm:    4, 5th Floor<br>Judge:   Hon. Edward J. Davila |

Having considered Defendants Corel Corp. and Corel Inc.'s Administrative Motion to File Documents Under Seal ("Admin Motion"), the relevant evidence, and all arguments of the parties, the Court finds the Admin Motion should be **GRANTED**; and it is, therefore,

**ADJUDGED, ORDERED, and DECREED THAT:**

(1) Portions of Corel's Opposition to Plaintiff Microsoft Corp.'s Motion for Partial Summary Judgment may be filed under seal;

(2) Portions of Corel's Responsive Separate Statement may be filed under seal; and

(3) Exhibits 5-7, 12-14, and 17-18 may be filed under seal.

**IT IS SO ORDERED.**

Dated: December 11, 2017

_____
EDWARD J. DAVILA
United States District Judge