Frank Scherkenbach (CA SBN 142549)
scherkenbach@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jonathan J. Lamberson (CA SBN 239107)
lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

John W. Thornburgh (CA SBN 154627)
thornburgh@fr.com
Olga I. May (CA SBN 232012)
omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>COREL CORPORATION AND COREL INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:15-cv-05836-EJD (SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MICROSOFT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND REPLY SEPARATE STATEMENT**<br><br>Judge:      Hon. Edward J. Davila<br>Courtroom:  4 – 5th Floor |

Having considered Microsoft Corporation's Administrative Motion to Seal, this Court **GRANTS** the motion.

**IT IS HEREBY ORDERED THAT** the following documents be filed under seal, as redacted by Microsoft:

- portions of Microsoft's Reply in Support of Motion for Summary Judgment and
- portions of Reply Separate Statement.

**IT IS SO ORDERED.**

Dated: December 11, 2017

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE