UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COREL CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-05836-EJD<br><br>**REDACTION ORDER**<br><br>Re: Dkt. Nos. 213, 214, 215 |

The Court filed the following orders under seal because they contain information that the Court previously allowed to be filed under seal due to their highly confidential and business-sensitive nature:

1. Order granting Corel's motion to exclude opinions of Microsoft's damages expert. Dkt. No. 213.

2. Order granting Microsoft's motion for partial summary judgment. Dkt. No. 214.

3. Order denying Corel's motion for leave to file a motion for summary judgment. Dkt. No. 215.

The parties shall meet and confer to determine the information that should be redacted in the orders listed above. By **December 18, 2017, at 4:00 p.m.**, the parties shall file versions of these orders containing the parties' proposed redactions. If redacted orders are not filed by that time, the Court shall unseal the orders in their entirety.

**IT IS SO ORDERED.**

Dated: December 11, 2017

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-05836-EJD
REDACTION ORDER

1