**BLANK ROME LLP**
Keith A. Rutherford (TX Bar No. 17452000; Admitted to NDCA)
krutherford@blankrome.com
J. David Cabello (TX Bar No. 03574500; Admitted to NDCA)
dcabello@blankrome.com
Domingo M. LLagostera (TX Bar No. 24070157; Admitted *Pro Hac Vice*)
dllagostera@blankrome.com
717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone:    713.228.6601
Facsimile:    713.228.6605

Megan R. Wood (DC Bar No. 1024203; Admitted *Pro Hac Vice*)
mwood@blankrome.com
1825 Eye Street, NW
Washington, DC 20006
Tel:  (202) 420-2753

Naki Margolis
(CA Bar No. 94120)
nmargolis@blankrome.com
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone:  415.986.2144
Facsimile:  415.659.1950

Attorneys for Defendants
COREL CORPORATION and COREL INC.

FISH & RICHARDSON P.C.
Frank Scherkenbach (CA SBN 142549)
scherkenbach@fr.com
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jonathan J. Lamberson (CA SBN 239107)
lamberson@fr.com
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

John W. Thornburgh (CA SBN 154627)
thornburgh@fr.com
Olga I. May (CA SBN 232012)
omay@fr.com
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff-Counterdefendant
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br>            Plaintiff and Counterclaim<br>            Defendant,<br><br>vs.<br><br>COREL CORPORATION<br>            Defendant<br>and<br><br>COREL INC.<br>            Defendant and Counterclaim<br>            Plaintiff. | Case No. 5:15-cv-05836-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER IN RESPONSE TO DECEMBER 11, 2017 COURT ORDER REQUESTING REDACTIONS**<br><br>Ctrm: 4, 5th Floor<br>Judge: Hon. Edward J. Davila<br>_____ |

In response to the Court's Order of December 11, 2017 (Dkt. No. 216), Plaintiff Microsoft Corporation ("Microsoft") and Defendants Corel Corporation and Corel, Inc. (collectively, "Corel") have met and conferred about whether the Court's recent orders (Dkt. Nos. 213-15) should be redacted. The parties have agreed and are submitting the attached redacted version of the Order granting Microsoft's motion for partial summary judgment (Dkt. No. 214). The redacted portions of the Order should be sealed for the reasons set forth in the Declaration of Domingo M. LLagostera In Support of Corel's Administrative Motion to File Documents Under Seal, ¶¶ 4-5 (Dkt. No. 187-1). The parties' request is narrowly tailored to seal only information that has been designated confidential pursuant to the Protective Order.

The parties have further agreed that the Order granting Corel's motion to exclude opinions of Microsoft's damages expert (Dkt. No. 213) and the Order denying Corel's motion for leave to file a motion for summary judgment (Dkt. No. 215) require no redactions and may be unsealed in their entirety. Accordingly, IT IS HEREBY STIPULATED:

(1) That the Order granting Microsoft's motion for partial summary judgment (Dkt No. 214) will remain sealed and the Court will publicly issue the redacted version of that order submitted herewith;

(2) That the Order granting Corel's motion to exclude opinions of Microsoft's damages expert (Dkt. No. 213) requires no redactions and can be unsealed; and

(3) That the Order denying Corel's motion for leave to file a motion for summary judgment (Dkt. No. 215) requires no redactions and can be unsealed.

DATED: December 15, 2017          BLANK ROME LLP


                                  By: /s/Megan R. Wood
                                  Megan R. Wood

                                  Attorney for Defendants
                                  COREL CORPORATION and COREL INC.

2

**JOINT STIPULATION AND [PROPOSED] ORDER IN RESPONSE TO DECEMBER 11, 2017 COURT ORDER REQUESTING REDACTIONS – CA #5:15-cv-05836-EJD**

DATED: December 15, 2017            FISH & RICHARDSON

By: /s/ Jonathan Lamberson
Jonathan Lamberson

Attorney for Plaintiff
MICROSOFT CORPORATION

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from the other Signatory.

/s/Megan R. Wood
Megan R. Wood

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2017

_____
Edward J. Davila
UNITED STATES DISTRICT JUDGE