UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br>Plaintiff,<br>v.<br>COREL CORPORATION, et al.,<br>Defendants. | Case No. 5:15-cv-05836-EJD<br><br>**ORDER MODIFYING OMNIBUS ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. No. 290 |

On January 23, 2018, the Court issued an order ruling on various administrative motions to seal submitted by the parties in connection with their motions *in limine*. Dkt. No. 287. Now before the Court is an unopposed motion from Microsoft requesting that the Court modify its order so that the highlighted portions of Corel's Opposition to Microsoft's Motion *in Limine* No. 1 (Dkt. No. 255-4) be sealed. Dkt. No. 290. According to Microsoft, these portions quote or reference information contained in Exhibit 1 to Corel's Opposition to Microsoft's Motion *in Limine* No. 1, which the Court has already sealed. Dkt. No. 287 at 4.

The Court agrees with Microsoft that the highlighted portions should be sealed. The Court MODIFIES its order at Dkt. No. 287 to now GRANT Corel's administrative motion to seal the highlighted portions of Corel's Opposition to Microsoft's Motion *in Limine* No. 1 (Dkt. No. 255). The remainder of its order remains unchanged.

**IT IS SO ORDERED.**

Dated: January 24, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-05836-EJD
ORDER MODIFYING OMNIBUS ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL
1