UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  Microsoft v Corel
# CASE NUMBER:  5:15cv05836EJD

## Minute Order and Trial Log

Date:   2/9/2018
Time in Court:**8:09-8:20AM,8:39-8:49,9:10-10:30,10:32-10:37,10:48-10:52,11:00-11:47, 11:57-12:50PM,1:59-2:30,4:55-5:25,5:34-5:36PM**
**Total:4  Hrs. 33 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present**:  Jonathan J. Lamberson(Lead), Frank E. Scherkenbach, John W. Thornburgh, Olga I. May, Dalia Kothari**
Also present:   **Jay Paulus, Microsoft Director Windows Marketing**

Defendant Attorney(s) present: **Keith A. Rutherford(Lead), Domingo M. Llagostera**
Also present: **Patrick Thomas Nichols, Corel CEO**

---

**PROCEEDINGS:  Jury Trial (Day 4 )**

Please see trial log attached.
Further Jury Trial set for

**Motions:**

**Plaintiff's Oral Motion Judgment as a Matter of Law (Rule 50)**

**RULING:  The motion were taken under submission by the Court.  To be ruled upon after Jury verdict.**

///

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:   Microsoft v Corel
Case No:  5:15cv05836EJD

**TRIAL LOG**

| TRIAL DATE: 2/9/2018 | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
|  |  | 8:09AM | Counsel present – Court in session OUTSIDE presence of Jury. |
|  |  | 8:09AM | Counsel presenting their positions regarding dispute on proposed jury instructions and proposed verdict form. Court and Counsel finalized jury instruction and verdict form. |
|  |  | **8:20AM** | **Court in recess** |
|  |  | 8:39AM | Jury summoned and seated.  Counsel present. |
|  |  | 8:39AM | Defense case begins. |
|  |  | 8:39AM | Defense calls W#5 as-on Cross by defendant of W#5 Russell Miller – Deposition testimony on 1/26/2017. |
|  |  | 8:45AM | Defense calls W#4 as-on Cross by defendant of W#4 Joel Coleman – Deposition testimony on 12/12/2016. |
|  |  | **8:49AM** | **Court takes brief recess for IT assistance with jury monitor issue. Jury excused.** |
|  |  | 9:10AM | Jury summoned and seated.  Counsel present. |
|  |  | 9:10AM | Counsel starts testimony of Defense W#4 as-on Cross by defendant of W#4 Joel Coleman – Deposition testimony on 12/12/2016. |
|  |  | 9:15AM | Defense calls W#10 Christopher England – Deposition testimony on 12/13/2016. |

|   |   | 9:33AM | Defense calls W#11 James Ross – Deposition testimony on 11/2/2016 read into record by Counsel. |
|---|---|---|---|
|   |   | 9:37AM | Concludes Defense Deposition testimonies. |
|   |   | 9:37AM | Defense calls W#12 Patrick Nichols. Witness Sworn. |
|   | DX | 9:38AM | Direct examination of W#12 Patrick Nichols by Defense Counsel Domingo Llagostera. |
| CX |   | 10:09AM | Cross examination of W#12 by Plaintiff's Counsel Jonathan Lamberson. |
|   |   | 10:26AM | **Exhibit 279 Corel Webpage ADMITTED (To get ex number)** |
|   | RDX | 10:27AM | Re-Direct examination of W#12 Patrick Nichols by Defense Counsel Domingo Llagostera. |
|   |   | 10:29AM | W#12 excused. |
|   |   | 10:29AM | Defense rests. |
|   |   | 10:29AM | No rebuttal. |
|   |   | 10:30AM | Jury excused. |
|   |   | 10:30AM | Court OFF record with Counsel re scheduling. |
|   |   | 10:32AM | Court ON record. |
|   |   | 10:33AM | Plaintiff makes an Oral Motion re JMOL. Court heard defense response. |
|   |   | 10:37AM | Court took 15 min recess. |
|   |   | 10:48AM | Court counsel meet in chambers re juror. |
|   |   | **10:52AM** | **Court recess.** |
|   |   | 11:00AM | Jury summoned and jury seated. |
|   |   | 11:01AM | Plaintiff's Closing argument began. |
|   |   | 11:46AM | Plaintiff's Closing argument concluded. |
|   |   | **11:47AM** | **Court recess.** |
|   |   | 11:57AM | Jury summoned and jury seated. |

| | | | | |
|---|---|---|---|---|
| | | 11:58AM | Defense Closing arguments began. |
| | | 12:37PM | Defense Closing argument concluded. |
| | | 12:37PM | Plaintiff's Rebuttal closing argument began. |
| | | 12:48PM | Plaintiff's Rebuttal concluded. |
| | | **12:50PM** | **Court recessed for lunch hour. Jury excused. To resume at 1:55pm.** |
| | | 1:59PM | Jury summoned and seated. Counsel present. |
| | | 1:59PM | Court instructs jury. |
| | | 2:29PM | Court concludes reading jury instructions. |
| | | 2:30PM | Court Security Officer sworn. |
| | | 2:30PM | Jury begins deliberations. |
| | | | |
| | | 4:55PM | The Court received 2 notes from jury. |
| | | 5:15PM | Counsel present OUTSIDE presence of Jury. Taking up 2 notes containing questions received from the Jury. |
| | | 5:25PM | Court discusses with Counsel and prepares responses and submits responses to Jury. |
| | | 5:34PM | Court in session and informing counsel of jury's return date of Tuesday, 2/13/2018 at 8:30am. Courtroom Deputy to release jury. |
| | | 5:36PM | Court adjourned for the day. Further Jury Trial 2/13/2018 at 8:30am. |
| | | | |
| | | | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |