UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  Microsoft v Corel
# CASE NUMBER:  5:15cv05836EJD

## Minute Order and Trial Log

Date:   2/13/2018
Time in Court: 9:56-10:05am, 10:26-10:30, 11:39-11:46am, 12:06pm-12:11pm
**Total: 25 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present**:  Jonathan J. Lamberson(Lead), Frank E. Scherkenbach**

Defendant Attorney(s) present: **Keith A. Rutherford(Lead), Domingo M. Llagostera**

**PROCEEDINGS:  Jury Trial (Day 5** )

**Jury verdict rendered.  Jury Trial concludes.**
**The parties shall meet and confer regarding issues addressed after verdict rendered.**
**The Court set a deadline of 3/2/2018 by 4pm for status report and/or stipulation regarding additional briefing as to JMOL and damages.  Upon review of the status report the Court shall determine if a hearing will be set.**

Please see trial log attached.


///

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:  Microsoft v Corel
Case No:  5:15cv05836EJD

## TRIAL LOG

| TRIAL DATE: 2/13/2018 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:45AM | Jury present and further jury deliberations continue. |
| | | 9:40AM | Jury Note #3 received. |
| | | 9:56AM | Counsel present and Court in session outside presence of Jury taking up Jury Note #3, questions. |
| | | 10:05AM | Court submits response to Jury. Court recesses. |
| | | 10:15AM | Jury Note #4 timed 10:00 AM. |
| | | 10:26AM | Counsel present and Court in session outside presence of Jury taking up Jury Note #4, questions. |
| | | 10:30AM | Court submits response to Jury. Court recesses. |
| | | 11:25AM | Jury Note received – Jury has reached a verdict. |
| | | 11:39AM | Jury summoned and seated. Counsel present. |
| | | 11:39AM | Court requests foreperson to provide verdict form to Clerk. |
| | | 11:40AM | Verdict returned and read by the Court. |
| | | 11:43AM | Jury polled by the Court. |
| | | 11:45AM | Jury excused.  Admonision is no longer applicable. |
| | | 11:46AM | Court is in recess. |

|  |  |  | 12:06PM | Court in session with Counsel. Counsel discussing the damage amount reached by the Jury. |
|---|---|---|---|---|
|  |  |  | 12:08PM | Counsel shall contact the Court re possible post verdict motions. |
|  |  |  | 12:09PM | Counsel inquired re additional briefing as to the JMOL's which the Court took under submission. Parties to provide the Court with a status report and/or briefing schedule via joint status statement due 3/2/2018 by 4pm. The Court will determine if need to set a hearing date upon review of joint status statement. |
|  |  |  | 12:11PM | **Court adjourned. Trial concluded.** |
|  |  |  |  | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |