UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COREL CORPORATION AND COREL INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:15-cv-05836-EJD<br><br>**FINAL VERDICT FORM** |

DATED: February 9, 2018

_____
UNITED STATES DISTRICT JUDGE

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

I. **PRE-SUIT NOTICE**

1. Has Microsoft proven by a preponderance of the evidence that it notified Corel of U.S. Patent No. D550,237, titled "User Interface for a Portion of a Display Screen," by patent prior to this lawsuit? **Yes is a finding for Microsoft, No is a finding for Corel.**

\_\_\_\_\_ Yes (PRE-SUIT NOTICE)     \_\_X\_\_ No (NO PRE-SUIT NOTICE)

2. Has Microsoft proven by a preponderance of the evidence that it notified Corel of U.S. Patent No. D564,532, titled "User Interface for a Portion of a Display Screen," by patent prior to this lawsuit? **Yes is a finding for Microsoft, No is a finding for Corel.**

\_\_\_\_\_ Yes (PRE-SUIT NOTICE)     \_\_X\_\_ No (NO PRE-SUIT NOTICE)

3. Has Microsoft proven by a preponderance of the evidence that it notified Corel of U.S. Patent No. D570,865, titled "User Interface for a Portion of a Display Screen," by patent prior to this lawsuit? **Yes is a finding for Microsoft, No is a finding for Corel.**

\_\_\_\_\_ Yes (PRE-SUIT NOTICE)     \_\_X\_\_ No (NO PRE-SUIT NOTICE)

## II. DAMAGES

4. What amount of damages has Microsoft shown by a preponderance of the evidence it is entitled to for Corel's infringement:

$ 278,000

## III. WILLFUL INFRINGEMENT

5. Has Microsoft proven by a preponderance of the evidence that Corel willfully infringed the Ribbon Design Patents (U.S. Pat. Nos. D550,237; D554,140; D564,532; and D570,865)?
**Yes is a finding for Microsoft, No is a finding for Corel.**

        X Yes (WILLFUL)        ___ No (NOT WILLFUL)

6. Has Microsoft proven by a preponderance of the evidence that Corel willfully infringed the Ribbon Utility Patents (U.S. Pat. Nos. 8,255,828 and 7,703,036)?
**Yes is a finding for Microsoft, No is a finding for Corel.**

        X Yes (WILLFUL)        ___ No (NOT WILLFUL)

---

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: 2/13/     , 2018          By: _[signature]_
                                       Presiding Juror