UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, | Case No. 5:15-cv-05836-EJD |
| Plaintiff, | **JURY NOTES** |
| v. | |
| COREL CORPORATION AND COREL INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:15-cv-05836-EJD
Case Title: Microsoft v Corel

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 2/9/18

Time: 4:55pm

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

① When did Ability stop developing for COREL? Share dates?

② Is it legally binding on date of submission of patent (both design and utility)?

DATE: 2/9/18

_____
Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:15cv05836-EJD
Case Title: Microsoft v Corel

### RESPONSE TO JURY NOTE NO. 1

In response to question (1), there is no such date in the record.

In response to question (2), the Court cannot answer without additional clarity.

DATE: 2/9/2018

TIME: 5:25pm

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:15-cv-05836-EJD
Case Title: Microsoft v Corel

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 2/9/18

Time: 4:56 pm

Note No. 2

1. The Jury has reached a unanimous verdict. [Please mark]  (____)

or

2. The Jury has the following question:

When calculating damages, if using the disgorgement of profits approach, is it necessary to use profits or may we use revenue?

DATE: 2/9/18

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:15cv05836-EJD
Case Title: Microsoft v Corel

RESPONSE TO JURY NOTE NO. 2

Please refer to final jury instruction no. 21.

DATE: 2/9/2018

TIME: 5:18pm

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:15-cv-05836-EJD
Case Title: Microsoft v Corel

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 2/13/18

Time: 9:40

Note No. 3

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

For questions #5 and #6, is there a time constraint? That is, should the willful infringement be based on the notice date we decided in questions #1-#3? Or at any time period in this case?

DATE: 2/13/18

_____
Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:15cv05836-EJD
Case Title: Microsoft v Corel

### RESPONSE TO JURY NOTE NO. 3

To the question "should the willful infringement be based on the notice date we decided in questions 1 through 3" the answer is NO.

DATE: 2/13/2018

TIME: 10:05 am

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:15-cv-05836-EJD
Case Title: Microsoft v Corel

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: FEB 13

Time: 10:00 AM

Note No. 4

1. The Jury has reached a unanimous verdict. [Please mark]  (_____)

or

2. The Jury has the following question:

STATUTE OF LIMITATIONS, IS 6 yrs CORRECT? THAT WOULD BE THE START OF 2016?

OR, IS THAT THE START OF THE PATENT SUBMISSION? OR PATENT APPROVAL?

DATE: FEB 13

_____
Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:15cv05836-EJD
Case Title: Microsoft v Corel

RESPONSE TO JURY NOTE NO. 4

You need not consider statute of limitations, it is not relevant to the questions you are being asked.

DATE: 2/13/2018

TIME: 10:30AM

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:15-cv-05836-EJD
Case Title: Microsoft v Corel

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 2/13/18

Time: 11:21

Note No. 5

1. The Jury has reached a unanimous verdict. [Please mark]  ( X )

or

2. The Jury has the following question:

_____

_____

_____

_____

_____

_____

DATE: 2/13/18                  _____
                                Signature of Juror