1 | Jonathan J. Lamberson (CA SBN 239107)
lamberson@fr.com
2 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
3 | Redwood City, CA 94063
Telephone: (650) 839-5070 / Facsimile: (650) 839-5071

John W. Thornburgh (CA SBN 154627)
thornburgh@fr.com
Olga I. May (CA SBN 232012)
omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070 / Facsimile: (858) 678-5099

Frank Scherkenbach (CA SBN 142549)
scherkenbach@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070 / Facsimile: (617) 542-8906

Attorneys for Plaintiff-Counterdefendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COREL CORPORATION AND COREL INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:15-cv-05836-EJD (SVK)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR ATTORNEYS' FEES, COSTS, ENHANCED DAMAGES, AND PRE-JUDGMENT INTEREST, AS WELL AS SUPPORTING DECLARATIONS AND EXHIBITS**<br><br>DATE: May 3, 2018<br>TIME: 1:30 p.m.<br>DEPT: Courtroom 4, 5th Floor<br>JUDGE: Hon. Edward J. Davila |

1     On March 15, 2018, Plaintiff Microsoft Corporation ("Microsoft") filed a Motion for
2 Administrative Relief with this Court, pursuant to Civil Local Rule 79-5 for permission to file
3 under seal its Motion for Attorneys' Fees, Costs, Enhanced Damages, and Pre-Judgment Interest,
4 the Declaration of Jonathan J. Lamberson and Exhibits A-E thereto, and the Declaration of
5 Dr. Gareth Morgan and Exhibit A thereto.

6     Good cause having been shown, the Court hereby GRANTS Microsoft's request to file
7 under seal the following documents:

- Plaintiff Microsoft Corporation's Motion for Attorneys' Fees, Costs, Enhanced Damages, and Pre-Judgment Interest;
- Declaration of Jonathan J. Lamberson;
- Exhibits A-E to the Lamberson Declaration;
- Declaration of Dr. Gareth Morgan; and
- Exhibit A to the Morgan Declaration.

**IT IS SO ORDERED.**

Dated: April 26, 2018

Hon. Edward J. Davila
United States District Court

51079808.docx

[PROPOSED] ORDER GRANTING MICROSOFT'S ADMIN MOTION TO FILE UNDER SEAL ITS MOTION FOR ATTORNEYS' FEES, ETC.
Case No. 5:15-cv-05836-EJD