UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COREL CORPORATION AND COREL INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:15-cv-05836-EJD (SVK)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES, COSTS, ENHANCED DAMAGES, AND PRE-JUDGMENT INTEREST, AS WELL AS THE SUPPORTING DECLARATION AND EXHIBITS**<br><br>DATE: May 3, 2018<br>TIME: 1:30 p.m.<br>DEPT: Courtroom 4, 5th Floor<br>JUDGE: Hon. Edward J. Davila |

On April 12, 2018, Plaintiff Microsoft Corporation ("Microsoft") filed a Motion for Administrative Relief with this Court, pursuant to Civil Local Rule 79-5 for permission to file under seal its Reply in Support of its Motion for Attorneys' Fees, Costs, Enhanced Damages, and Pre-Judgment Interest, the Second Declaration of Jonathan J. Lamberson, and Exhibits I-K thereto.

Good cause having been shown, the Court hereby GRANTS Microsoft's request to file under seal the following documents:

- Plaintiff Microsoft Corporation's Reply in Support of its Motion for Attorneys' Fees, Costs, Enhanced Damages, and Pre-Judgment Interest;
- Second Declaration of Jonathan J. Lamberson; and
- Exhibits I-K to the Lamberson Declaration.

**IT IS SO ORDERED.**

Dated: April 26, 2018

Hon. Edward J. Davila
United States District Court