UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br>COREL CORPORATION, et al.,<br><br>             Defendants. | Case No. 5:15-cv-05836-EJD<br><br>**JUDGMENT** |

The jury having reached a verdict and the Court having ruled on all of the parties' post-trial motions;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff in the amount stated in the Court's Order on Post-Trial Motions (Dkt. No. 353). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: May 8, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-05836-EJD
JUDGMENT

1